UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br>-against-<br><br>TRANSFORM SR BRANDS, LLC<br><br>                Defendant. | Case No. 1:22-cv-5443<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant TRANSFORM SR BRANDS, LLC shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             January 17, 2023

                                                  Respectfully Submitted,

                                                  **/s/ Mars Khaimov_____**
          By:    Mars Khaimov, Esq.
                 108-26 64th avenue, Second Floor
                 Forest Hills, New York 11375
                 Tel (929) 324-0717
                 Fax (929) 333-7774
                 Email: mars@khaimovlaw.com
                 *Attorney for Plaintiff*